```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

CAROLYN L. ANDERSON,                  :
o/b/o A. LANKFORD,                    :
                                                       :
    Plaintiff,                       :
                                                       :
vs.                                   :     CIVIL ACTION 11-0720-M
                                                       :
MICHAEL J. ASTRUE,                    :
Commission of Social Security,        :
                                                       :
    Defendant.                       :


<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Carolyn L. Anderson, on behalf of A. Lankford.

DONE this 13th day of September, 2012.


                                                <u>s/BERT W. MILLING, JR.</u>
                                                UNITED STATES MAGISTRATE JUDGE