IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAROLYN L. ANDERSON, <br> o/b/o A. LANKFORD, <br>     Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commission of Social Security, <br>     Defendant. | CIVIL ACTION 11-0720-M |

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Carolyn L. Anderson, on behalf of A. Lankford.

DONE this 13th day of September, 2012.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE